# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150908

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                     SC: 150908
                                     COA: 323790
                                     Charlevoix CC: 01-054509-FH

KEITH LYLE PATTENAUDE,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 11, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015



Clerk

s1214